```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 04 B 08589
   ISABEL M COWLEY
                                                  CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-8384
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

    1. The case was filed on 03/04/04 and confirmed on 04/23/04.

    2. The plan is paid in full.

    3. The Debtor paid a total of $ 11600.00 .

    4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4815.25 | .00 | 1300.12 |
| ECAST SETTLEMENT CORP | UNSECURED | 1634.67 | .00 | 441.36 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9251.06 | .00 | 2497.79 |
| ROUNDUP FUNDING LLC | UNSECURED | 4424.79 | .00 | 1194.69 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 901.62 | .00 | 243.44 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6447.50 | .00 | 1740.83 |
| RETAILERS NATIONAL BANK | UNSECURED | 1113.17 | .00 | 300.56 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2189.27 | .00 | 591.10 |

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 30777.33 | .00 | 30777.33 |
| PRINCIPAL PAID | .00 | .00 | 8309.89 | .00 | 8309.89 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 8309.89 | .00 | 8309.89 |

The Debtor's attorney, LEGAL HELPERS PC                   , was allowed $   2700.00
and was paid $    500.00   direct and $    2200.00   through the plan.

The Trustee received $     490.16 .

Refunds to the Debtor totaled $    599.95 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/13/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```